# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

January 28, 2020

Hon. Ronnie Abrams  
United States District Court  
U. S. Courthouse  
40 Foley Square  
New York, New York 10007

Re: United States v. Richard Williams<br>13 Cr. 487 (RA)

Dear Judge Abrams:

    I write to respectfully request an order appointing me, pursuant to the Criminal Justice Act, to represent defendant Richard Williams **nunc pro tunc to October 28, 2019** with regard to the violation of supervised release proceeding just concluded on January 27, 2020. I understand from Tracy Miller of the SDNY CJA office that such an order is required in order to generate an e-voucher for this case.

    Thank you for your attention to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

**APPLICATION GRANTED**  
**SO ORDERED**

RONNIE ABRAMS, U.S.D.J.  
1-28-20

USDC-SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 1/28/20

**MEMO ENDORSED**