UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD WILLIAMS,<br><br>Defendant. | 13-CR-487-2 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On November 7, 2023, Mr. Williams filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release. The Government shall file a response to his motion by November 30, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Williams.

SO ORDERED.

Dated:   November 9, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge